UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Baltimore

| | |
|---|---|
| In re:<br><br>**DAVID E. DVORAK**<br>**SANDRA L. PARCELL-DVORAK,**<br><br>      Debtors.<br><br>**DAVID E. DVORAK**<br>**SANDRA L. PARCELL-DVORAK,**<br><br>      Plaintiffs,<br><br>      v.<br><br>**UNITED STATES DEPARTMENT OF**<br>**EDUCATION,**<br><br>      Defendant. | Case No. 19-24542 (NVA)<br><br>Chapter 13<br><br><br><br>Adv. Pro. No. 23-00171 (NVA) |

**MOTION TO DISMISS ADVERSARY CASE**
**WITHOUT PREJUDICE**
**F.R.B.P. Rule 7041(a)**

Plaintiffs, David E. Dvorak and Sandra L. Parcell-Dvorak, by and through their attorney, John Roberts, and Pursuant to Federal Rules of Bankruptcy, Rule 7041(a), respectfully moves this Court to Dismiss the Adversary Complaint without prejudice, and in support thereof states the following:

1

1. Plaintiffs filed the Complaint in Good Faith on July 6, 2023, seeking dischargeability of student loans, under Section 523(a)(8), and in reliance of the U.S. Trustee guidelines released in November 2022. [1]

2. At this time, the parties have not been able to negotiate a resolution in this matter.

3. A dismissal without prejudice will not unfairly prejudice Defendants and will preserve the rights of all parties should this action be refiled at a later date.

4. This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiffs respectfully requests that the Court dismiss this action without prejudice, and grant such further relief as it deems just and proper.

Respectuflly Submitted,

July 2, 2025

   /s/  John P. Roberts
John P. Roberts, Bar No. 17578
The John Roberts Law Firm, PC
348 Thompson Creek Mall #212
Stevensville, MD 21666
202-350-0336 (o)
443-451-8141 (f)
john@johnrobertsesq.com

---

[1] On November 17, 2022, the United States Trustee's Office released formal Guidance for both Department Attorneys and Debtors regarding student loan litigation. This 16-page memorandum lays out the current position of the Secretary of Education, and how to proceed in this type of litigation.

I hereby certify that on the 2nd day of July, 2025, a copy of **MOTION TO DISMISS WITHOUT PREJUDICE** was served upon the

following party or parties either electronically via the court's ECF:

   Brian A. Tucci, Ch 13 Trustee

I hereby further certify that on the 2nd day of July, 2025, I caused the **MOTION TO DISMISS WITHOUT PREJUDICE** to be served on the following party or parties via first US Postage, first class mail to:

   Rebecca A. Koch
   United States Attorney's Office D MD
   36 S. Charles Street, 4th Flr
   Baltimore, MD 21201
   Email: Rebecca.Koch@usdoj.gov

   Matthew T Shea
   DOJ-USAO
   36 S. Charles Street
   Baltimore, MD 21202
   Email: matthew.shea2@usdoj.gov